ALBANY,
March, 1835.

Albany Water
Works Co.
v.
Albany
Mayor'sCourt.

Ex parte ALBANY WATER WORKS COMPANY vs. THE
ALBANY MAYOR'S COURT.

A *certiorari* removing proceedings in *street cases* will not be granted *ex parte ;*
notice must be given to the attorney of the corporation. Nor will a *mandamus*
or *rule to show cause* be granted, unless notice of the application has been
given to the parties to be affected by the proceedings.

March 19.     THE relators in this case asked for a *certorari*, removing
into this court the proceedings had in the opening of a public
square, in rear of the contemplated state buildings about to
be erected in Eagle street, in the city of Albany, on the alleg-
ed ground that real estate belonging to the relators had im-
properly been assessed for *benefit.*

*By the Court,* SUTHERLAND, J.   We decline passing upon
the merits of this application until after *notice* shall have been
given to the attorney of the corporation.   As the effect of a
*certiorari* in this case probably would be to suspend the pro-
ceedings, and the allowance of it may produce much incon-
venience, it is proper that the parties interested should have
an opportunity to be heard on the original application.   The
court will not for the future entertain motions for a *certiorari*
removing proceedings of this kind, or for a *mandamus* or *a rule
to show cause,* unless upon *notice* to the parties to be affected
by the proceeding.